# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THOMAS E. PEREZ, | |
| Plaintiff, | 2:15-cv-01152-JAD-VCF |
| vs. | Consolidated with 2:15-cv-01577-JAD-VCF |
| ELITE MOVING & STORAGE, INC., | **ORDER** |
| Defendant. | |

Before the court is the Request to Continue the Show Cause Hearing. (#13).

Counsel has given sufficient reason to continue the Show Cause Hearing scheduled for October 16, 2015.

Accordingly,

IT IS HEREBY ORDERED that the Request to Continue the Show Cause Hearing (#13) is GRANTED.

IS IT FURTHER ORDERED that the Show Cause Hearing scheduled for October 16, 2015 is VACATED and scheduled to 10:00 a.m., October 30, 2015, in courtroom TBA, before the undersigned Magistrate Judge.  All else as stated in the Order to Show Cause in Docket #4 in case number 2:15-cv-01577-JAD-VCF remains the same.

DATED this 27th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE