1  **JONATHAN J. HANSEN, ESQ.**
   Nevada Bar No. 7002
2  **HANSEN RASMUSSEN, L.L.C.**
   1835 Village Center Circle
3  Las Vegas, Nevada  89134
   (702) 385-5533
4  Attorneys for Elite Moving and Storage, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELITE MOVING & STORAGE, INC., | Lead Case No.:   2:15-cv-01152-JAD-VCF |
| Plaintiff, | Member Case No.: 2:15-cv-01577-GMN-PAL |
| vs. | |
| RICHARD A. QUEZADA, GASPAR MONTANEZ, AND U.S. DEPARTMENT OF LABOR WAGE AND HOUR DIVISION, | |
| Defendants. | |
| THOMAS E. PEREZ, | Case No.: 2:15-cv-0157-GMN-PAL |
| Plaintiff, | |
| vs. | |
| ELITE MOVING & STORAGE, INC., | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

(left margin: HANSEN RASMUSSEN, LLC / 1835 Village Center Circle / Las Vegas, NV 89134 / (702) 385-5533)

1 **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

2     COMES NOW, the Plaintiffs, ELITE MOVING & STORAGE, INC., by and through its

3 Counsel of Record, Jonathan J. Hansen, Esq. of HANSEN RASMUSSEN, LLC, and hereby

4 voluntarily dismisses its Complaint against Defendants with prejudice pursuant to FRCP 41(a).

5     DATED this 10th day of May, 2016.

HANSEN RASMUSSEN, LLC.

BY:   /s/ Jonathan J. Hansen
        JONATHAN J. HANSEN, ESQ.
        Nevada Bar No. 7002
        1835 Village Center Circle
        Las Vegas, NV 89134
        Attorney for ELITE MOVING & STORAGE, INC.